UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Sarah Heiler-Jones
Bruce Jones

Debtor(s)

Chapter 13

Bankruptcy No. 16-14379-ELF

## AMENDED CHAPTER 13 PLAN

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor(s) or Debtors' employer shall pay to the Trustee the sum of:
2. 

   **$384.00 per month for months 1-5**
   **$921.16 per month for months 6-55**
   **PLAN BASE AMOUNT: $52,584.00**

2. From the payments so received, the Trustee shall make the disbursements as follows:

   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507:
   NONE

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   **PHFA/US Bank National Assn: $36,411.34**
   **PGW: $4,862.77**
   **City of Philadelphia: $201.00**
   **City of Philadelphia Law Dept./Water Sewer: $5,851.00**

   First mortgage. Pre-petition arrears, costs, fees through the Chapter 13 Plan. Debtor to remain current with regular monthly payment directly to the creditor.

   **Santander Bank (2014 Nissan Rogue)** No prepetition arrears. Claim to be paid directly by debtor.

(c) Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

**ALL UNSECURED CREDITORS THAT HAVE FILED CLAIMS ALLOWED BY THE COURT TO BE PAID ON A PRO RATA BASIS.**

3. The following executory contracts of the debtor are rejected: None

4. Trustee Commission shall not exceed 10%.

5. Claim No. 3 Nellnet to be paid directly by debtor after Plan completion.

Dated: 12/19/16              /s/ _____
                                 Debtor

Dated: 12/19/16              /s/ _____
                                 Debtor


Acceptances may be mailed to:

ROBERT D. STEINBERG, ESQ.
WILLIG, WILLIAMS & DAVIDSON
1845 WALNUT STREET, 24th FLOOR
PHILADELPHIA, PA 19103
TELEPHONE: 215-814-9225
FAX: 215-567-2310