UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
:
Sarah Heiler-Jones :
Bruce Jones :
: Bankruptcy No. 16-14379-ELF
:
Debtor(s) :

### CERTIFICATE OF SERVICE

I, Robert D. Steinberg, Esquire, counsel for Debtors hereby certifies that a Copy of the Amended Chapter 13 Plan was served on January 5, 2017 by regular mail to:

Santander Consumer USA INC
Attn: Aleena Porras Renzi
PO Box 560284
Dallas, TX 75356

Nelnet on behalf of ASA
American Student Assistance
Attn: Jack Allen Simmons
100 Cambridge Street
Suite 1600
Boston, MA 02114

U.S. Bank National Association
Attn: Denise Elizabeth Carlon
PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101

William C. Miller, Esquire
Chapter 13 Standing Trustee
PO Box 1229
Philadelphia, PA 19105

City of Philadelphia
Law Department - Tax Unit
Bankruptcy Group - MSB
Attn: Megan N. Harper
1401 John F. Kennedy Blvd.
5th Floor
Philadelphia, PA 19102-1595

City of Philadelphia
Law Department – Tax Unit
Bankruptcy Group – MSB
Attn: Pamela Elchert Thurmond
1401 John F. Kennedy Blvd.
5th Floor
Philadelphia, PA 19102-1595

PGW
Attn: John J. Lepera
800 W. Montgomery Avenue
Philadelphia, PA 19122-0050

Dated: 1/9/17

_____
ROBERT D. STEINBERG, ESQUIRE