IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                   :
                                         :    In Chapter 13
        SARAH HEILER JONES               :
                                         :    Bankruptcy No. 16-14379 (ELF)
                      Debtor.            :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #18) which was filed on December 13, 2016.

 
Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 24, 2017          By: */s/ Joshua Domer*
Joshua Domer
Assistant City Solicitor
PA Attorney I.D. 319190
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0519 (phone)
Email: Joshua.Domer@phila.gov