IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SARAH HEILER JONES ) | |
| BRUCE JONES ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | |
| **Moving Party** ) | Case No.: 16-14379 (ELF) |
| ) | |
| v. ) | |
| ) | |
| SARAH HEILER JONES ) | |
| BRUCE JONES ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |

## PRAECIPE WITHDRAWING SANTANDER'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Santander's Objection To Confirmation, filed on or about August 3, 2016 in the above-referenced case, number 11 on the docket.

Date:  1/24/17

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Santander Consumer USA Inc.