# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 16-14379-ELF

SARAH HEILER JONES
BRUCE JONES
3322 BOWMAN STREET

PHILADELPHIA, PA 19129

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    SARAH HEILER JONES
    BRUCE JONES
    3322 BOWMAN STREET

    PHILADELPHIA, PA 19129


Counsel for debtor(s), by electronic notice only.

    ROBERT D STEINBERG
    WILLIG,WILLIAMS & DAVIDSON
    1845 WALNUT ST  24TH FLOOR
    PHILADELPHIA, PA 19103-

                                           /S/ William C. Miller

Date: 1/24/2017                                      _____

                                                     William C. Miller, Esquire
                                                     Chapter 13 Standing Trustee