**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SARAH HEILER JONES             Chapter 13
BRUCE JONES

            Debtor            Bankruptcy No. 16-14379-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: August 2, 2017**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT D STEINBERG
WILLIG,WILLIAMS & DAVIDSON
1845 WALNUT ST  24TH FLOOR
PHILADELPHIA, PA 19103-

Debtor:
SARAH HEILER JONES
BRUCE JONES
3322 BOWMAN STREET

PHILADELPHIA, PA 19129