United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14379-elf
Sarah Heiler Jones                                                        Chapter 13
Bruce Jones
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Aug 02, 2017
                              Form ID: pdf900           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
```
db/jdb         +Sarah Heiler Jones,    Bruce Jones,    3322 Bowman Street,    Philadelphia, PA 19129-1513
cr             +Santander Consumer USA, Inc.,    P.O. Box 660633,    Dallas, TX 75266-0633
13746694      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA NA,    15000 Capital One Drive,
                 Richmond, VA 23238)
13746696       +City of Phila Water Revenue Bureau,    1401 JFK Blvd,    Philadelphia, PA 19102-1617
13746697       +Convergent Outsourcing,    800 SW39th Street,    PO Box 9004,    Renton, WA 98057-9004
13961253       +ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13746698       +EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
13746699       +Federal Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
13746700       +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
13746704       +MIDLAND FUNDING,    2365 NORTHSIDE DRIVE,    San Diego, CA 92108-2709
13746703       +Mary G. Tluczek,    1913 Sandy Hill Road,    Plymouth Meeting, PA 19462-2329
13746706       +Nellnet Loans,    PO Box 1649,    Denver, CO 80201-1649
13770037       +Nelnet on behalf of ASA,    American Student Assistance,    100 Cambridge Street Suite 1600,
                 Boston MA 02114-2567
13746707        PECO,    PO Box 37629,    Philadelphia, PA 19101-0629
13746708       +PGW,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2806
13746709       +PHFA Mortgage,    211 N. Front Street,    Harrisburg, PA 17101-1466
13746711       +Santander Bank,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13757682       +Santander Consumer USA INC,    PO BOX 560284,    Dallas, TX 75356-0284
13746713       +Trustees of the Univ. of PA,    3101 Market Street,    1st Floor,    Philadelphia, PA 19104-2806
13826775       +U.S. Bank National Association (Trustee for the Pe,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13746714       +US Bank National Association,    211 North Front Street,    PO Box 15057,
                 Harrisburg, PA 17105-5057
13746715       +Verizon,    500 Technology Drive Suite 30,    Weldon Spring, MO 63304-2225
13746716        Water Revenue Bureau,    1401 JFK Blvd,    Philadelphia, PA 19102-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 03 2017 01:23:21     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2017 01:23:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 03 2017 01:23:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Aug 03 2017 01:23:21     City of Philadelphia,
                 c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,    Philadelphia, PA  19102
13798859        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 03 2017 01:32:19
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13746695        E-mail/Text: bankruptcy@cavps.com Aug 03 2017 01:23:13     Cavalry Portfolio Services,
                 PO Box 27288,    Tempe, AZ 85285
13828418       +E-mail/Text: bankruptcy@phila.gov Aug 03 2017 01:23:21
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13757290       +E-mail/Text: bankruptcy@cavps.com Aug 03 2017 01:23:13     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13746701        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 03 2017 01:23:11     Jefferson Capital Systems,
                 16 McCleland Road,    Saint Cloud, MN 56303
13746710       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2017 01:37:51
                 PORTFOLIO RECOVERY ASS,    120 CORPORATE BLVD,    SUITE 1,    Norfolk, VA 23502-4952
13746712       +E-mail/Text: bankruptcy@sw-credit.com Aug 03 2017 01:23:08     Southwest Credit System,
                 4120 International Pkwy,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13746702        Joyce Mettinger
13746705        Nellnet
cr*             ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: Stacey                Page 2 of 2                  Date Rcvd: Aug 02, 2017
                               Form ID: pdf900             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              JOSHUA   DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               james.feighan@phila.gov
              ROBERT D. STEINBERG    on behalf of Joint Debtor Bruce   Jones rsteinberg@wwdlaw.com
              ROBERT D. STEINBERG    on behalf of Debtor Sarah Heiler Jones rsteinberg@wwdlaw.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SARAH HEILER JONES                                Chapter 13
BRUCE JONES

                    Debtor                Bankruptcy No. 16-14379-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: August 2, 2017**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT D STEINBERG
WILLIG,WILLIAMS & DAVIDSON
1845 WALNUT ST  24TH FLOOR
PHILADELPHIA, PA 19103-


Debtor:
SARAH HEILER JONES
BRUCE JONES
3322 BOWMAN STREET

PHILADELPHIA, PA 19129